UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA BRAUN,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KARLENE NAVARRE, KENNEWICK HOUSING AUTHORITY,<br><br>                    Defendants. | NO.  CV-12-5073-LRS<br><br>ORDER OF DISMISSAL |

     On June 14, 2012, the Court granted Plaintiff Patricia Braun leave to amend her complaint, which did not comply with the Federal Rules of Civil Procedure, on or before July 16, 2012.  Plaintiff's complaint did not state how the district court possessed jurisdiction and generally failed to meet the pleading requirements of Federal Rules of Civil Procedure 8 and 9 in other respects.  Plaintiff has since filed a timely amended complaint, totally 44 pages, with numerous exhibits (ECF No. 6).  Plaintiff, in the Amended Complaint, indicates jurisdiction is based on violations of the Fair Housing Authority Act, and the Civil Rights Act of 1968.  Further, Plaintiff alleges that Defendant Kennewick Housing Authority is a Public Housing Unit.

     The Court is mindful that the Plaintiff is proceeding *pro se* and

ORDER OF DISMISSAL - 1

that her submissions should be held to less stringent standards than formal pleadings drafted by lawyers.  However, the Plaintiff's claims fail under the "plain" statement requirement of Rule 8(a)(2).  The Court, in its Order to Amend Complaint (ECF No. 5) directed Plaintiff to include a short and plain statement of the claim(s) in numbered paragraphs, each of which shall be limited as far as practicable to a single set of circumstances.  Thus the defects of Plaintiff's complaint remain uncured.  Accordingly, for the reasons stated above, the complaint, and the subsequent amendment filed by Plaintiff, are dismissed without prejudice.  Accordingly,

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to *pro se* plaintiff, enter judgment consistent with this order, and close the file.

**DATED** this 27th day of August, 2012.

/s/ *Lonny R. Suko*

---

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2