AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

PATRICIA BRAUN,

                Plaintiff,

                v.

KARLENE NAVARRE, KENNEWICK HOUSING AUTHORITY,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5073-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order of Dismissal entered on August 28, 2012, ECF No. 7, the Complaint and subsequent amendment are dismissed without prejudice.

August 28, 2012                                                JAMES R. LARSEN
*Date*                                                                     *Clerk*
                                                                         s/ Cora Vargas
                                                                         *(By) Deputy Clerk*
                                                                         Cora Vargas